**RUSHOVICH MEHTANI LLP**
AANAND MEHTANI (SBN 254556)
LISA M. WATANABE-PEAGLER (SBN 258182)
5900 Wilshire Blvd., Suite 2600
Los Angeles, California 90036-5013
Telephone:   (323) 330-0543
Facsimile:   (323) 395-5507
amehtani@rmlawpartners.com
lwatanabe@rmlawpartners.com

Attorneys for Plaintiff
ROBERT HERNANDEZ

**WAXLER CARNER BRODSKY LLP**
BARRY Z. BRODSKY (SBN 93565)
BRIAN D. PETERS (SBN 174688)
1960 E. Grand Avenue, Suite 1210
El Segundo, California  90245
Telephone: (310) 416-1300
Facsimile: (310) 416-1310
bbrodsky@wcb-law.com
bpeters@wcb-law.com

JS-6

Attorneys for Defendants
NATIONAL TRENCH SAFETY LLC and NTS MIKEDON LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HERNANDEZ, an individual,<br><br>   Plaintiff,<br><br>   vs.<br><br>NATIONAL TRENCH SAFETY, LLC, a Texas limited liability company; NTS MIKEDON LLC, a Texas limited liability company and DOES 1 through 50, inclusive,<br><br>   Defendants. | Case No. 8:14-CV-01944-JVS-JCG<br><br>[Assigned for All Purposes to the Hon. James V. Selna, Courtroom 10C]<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>[Stipulation Filed Concurrently Herewith]<br><br>Complaint Filed: October 31, 2014<br>Trial Date: March 15, 2016 |

0

[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE

RUSHOVICH MEHTANI LLP

# ORDER

The Court, having considered the Stipulation to Dismiss Case with Prejudice, and good cause appearing, hereby ORDERS THAT:

1. This case as to all defendants and all causes of action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1);
2. Each party is to bear its own attorneys' fees and costs; and
3. All future hearings are taken off calendar.

**IT IS SO ORDERED.**

Date: February 04, 2016

_____
Hon. James v. Selna
United States District Court